UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
KEVIN WASHINGTON,

                          Plaintiff,

    -against-

SUFFOLK COUNTY POLICE OFFICER
SHIELD # 34435, ET AL.,

                          Defendants.
----------------------------------------------------------X

For Online Publication Only

ORDER
19-CV-6382(JMA)(SIL)

FILED
CLERK
3/30/2020 1:33 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**AZRACK, United States District Judge:**

By Order to Show Cause dated January 23, 2020, the Court ordered pro se plaintiff Kevin Washington ("Plaintiff") to show cause in writing within thirty (30) days from the date of the Order why his claims are not barred by the applicable statute of limitations. (ECF No. 8.) Plaintiff was cautioned that failure to timely comply with the Order would lead to the dismissal of his complaint pursuant to Federal Rule of Civil Procedure 41(b). (Id.) The Order to Show Cause was mailed to Plaintiff at his address of record and has not been returned to the Court.

To date, Plaintiff has not responded to the Order to Show Cause nor has he otherwise communicated with the Court since commencing this action in November 2019. Accordingly, the complaint is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of the Court is directed to mail a copy of this Order to the pro se plaintiff at his last known address and mark this case closed.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore in forma pauperis status is denied for the purpose of any appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

**SO ORDERED.**

Dated:     March 30, 2020             /s/ (JMA)
            Central Islip, New York     Joan M. Azrack
                                                United States District Judge